UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA. | Case No. 2:22-cv-05682-SB-MRW |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |
| $44,115.47 IN BANK FUNDS SEIZED et al., | |
| Defendants. | |

Generally, defendants other than the United States must answer the complaint within 21 days after service. *See* Fed. R. Civ. P. 12(a)(1). On September 21, 2022, Plaintiff filed a service of summons and complaint. Dkt. No. 10. On October 31, 2022, Plaintiff filed a process receipt and return. Dkt. No. 11. A responsive pleading was due on October 11, 2022. None has been filed, and Plaintiff has not sought entry of default or default judgment. Plaintiff is ordered to show cause, in writing, no later than December 19, 2022, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.

Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: December 12, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge