UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>$44,115.47 IN BANK FUNDS SEIZED et al.,<br><br>  Defendants. | Case No. 2:22-cv-05682-SB-MRW<br><br>AMENDED FINAL JUDGMENT |

  For the reasons set forth in the separate order entered on February 17, 2023 granting Plaintiff United States of America's motion for default judgment, it is hereby ordered, adjudged, and decreed that all right, title, and interest of potential claimants Best Line PT, Dream Line PT, and Margarita Virabyan, and all other potential claimants in and to Defendants $44,115.47 in Bank Funds Seized from Bank of America Account Ending '4043 and $616,733.19 in Bank Funds Seized from Bank of America Account Ending '4056 is condemned and forfeited to the United States of America. The Court finds that there was reasonable cause for the seizure of Defendants, and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

  This is a Final Judgment.

Date: February 22, 2023

                  _____
                    Stanley Blumenfeld, Jr.
                    United States District Judge

cc: Fiscal